IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

JONATHAN LOPEZ,

                Defendant.

CR NO: 1:22-cr-00291-JLT-SKO

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:   Jonathan Lopez

Detained at   Fresno County Jail, located at

    1225 M St, Fresno, CA 93721

Detainee is:    a.)   ☒ charged in this district by:   ☒ Indictment ☐ Information ☐ Complaint

                charging detainee with:   18 U.S.C. § 922(g)(1) – Felon in Possession

    or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☒ return to the custody of detaining facility upon termination of proceedings

    or   b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                is currently being served at the detaining facility

*Appearance is necessary on November 9, 2022 at 2:00 p.m. in the Eastern District of California.*

Signature:         /s/ Arin C. Heinz

Printed Name & Phone No:   Arin C. Heinz (559-497-4080)

Attorney of Record for:   United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum          ☐ Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, ***on November 9, 2022*** for an appearance at ***2:00 p.m*** and at the conclusion of said hearing to return said detainee to the above-named custodian.

Dated:      **November 9, 2022**              /s/ Barbara A. McAuliffe

                                          Honorable Barbara A. McAuliffe
                                        U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☒ Male | ☐ Female |
| Booking or CDC #: | 2227240 | DOB: | 12/03/1984 |
| Facility Address: | 1225 M St, Fresno, CA 93721 | Race: | Hispanic |
| Facility Phone: | 559-600-8600 | FBI#: | 811730MB4 |
| Currently Incarcerated For: | DUI, Corporal Injury to Spouse | | |

**RETURN OF SERVICE**

Executed on: _____          _____

                                             (signature)