PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00291-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE TRIAL AND SCHEDULE A CHANGE OF PLEA** |
| v. | |
| JONATHAN LOPEZ, | |
| Defendant. | |

**BACKGROUND**

This case is set for trial on March 19, 2024, with a trial confirmation hearing set for March 4, 2024. ECF 28. The parties request the trial and trial confirmation hearing be vacated and a change of plea be scheduled for January 22,2024.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a jury trial on March 19, 2024. ECF 28.

2. By this stipulation, the defendant moves to vacate the trial and trial confirmation hearing and schedule a change of plea for January 22, 2024.

3. The defendant previously moved to exclude time until March 19, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].  ECF 27. The defendant stands by his previous request for the

reasons previously stated. The Court granted the defendant's request. ECF 28.

IT IS SO STIPULATED.

Dated:  January 9, 2024 

PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

Dated:  January 9, 2024

/s/ CHRISTINA M. CORCORAN
Christina M. Corcoran
Counsel for Defendant
Jonathan Lopez

**FINDINGS AND ORDER**

    IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **January 11, 2024**

UNITED STATES DISTRICT JUDGE