HEATHER E. WILLIAMS, CA # 122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar # 344683
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JONATHAN LOPEZ_

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JONATHAN LOPEZ,<br>Defendant. | Case No. 1:22-cr-00291-JLT-SKO<br><br>**ORDER GRANTING STIPULATION FOR IMMEDIATE RELEASE PENDING RESENTENCING AND SETTING RESENTENCING HEARING** |

**FINDINGS AND ORDER**

1. On July 28, 2026, the Ninth Circuit vacated Mr. Lopez's sentence and remanded for resentencing. *United States v. Lopez*, 183 F. 4th 1110, 1124 (9th Cir. 2026).
2. On October 27, 2026, the mandate issued and the case is now ready for resentencing.
3. Based on the revised Sentencing Guidelines range, Mr. Lopez has overserved a guidelines sentence.
4. The Court GRANTS Defendant's unopposed motion for an expedited hearing and for bail pending resentencing.
5. The Bureau of Prisons is directed to release the Defendant from custody. While on release pending resentencing, the Defendant shall be subject to the same terms and conditions imposed in the Court's May 7, 2024 judgment.

6. The resentencing hearing is set on November 9, 2026 at 9:00 a.m.

IT IS SO ORDERED.

Dated: _October 28, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE