HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar #344683
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JONATHAN LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN LOPEZ,<br><br>Defendant. | Case Nos. 1:22-cr-00291-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Robert Veneman-Hughes, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Jonathan Lopez, that the Court may continue the resentencing hearing from November 9, 2026 to November 16, 2026.

The continuance is necessary for defense preparation and to accommodate defense counsel's leave schedule. Counsel for the government and Probation have no objection to the requested change of date.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: November 3, 2026

*<u>/s/ Robert Veneman-Hughes</u>*
ROBERT VENEMAN-HUGHES
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 3, 2026

*/s/ Christina M. Corcoran*___
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
JONATHAN LOPEZ

**O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for November 9, 2026, to November 16, 2026.

IT IS SO ORDERED.

Dated: _November 3, 2026_

UNITED STATES DISTRICT JUDGE